McCARTHY, JOHNSON & MILLER
  Law Corporation
LORI A. NORD,  SBN 87992
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:     lnord@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY WELFARE TRUST FUND, et al.,<br><br>                         Plaintiffs,<br><br>          v.<br><br>PREMIER WALL CONSTRUCTORS, INC., a California corporation,<br><br>                         Defendant. | Case No.   CV 10 5530 MEJ<br><br>**CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER**<br><br>Date:   March 17, 2011<br>Time:  10:00 A.M.<br>Place   Courtroom B, 15th Floor |

The Plaintiffs submit this Case Management Statement.

1.    **Jurisdiction and Service:**  The Court has subject matter jurisdiction over all of the Plaintiffs' claims.  The basis for jurisdiction is Sections 502 and 515 of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §§ 1132 and 1145, and Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185.  All of the parties are subject to the Court's jurisdiction.  No parties remain to be served.

2.    **Facts:** Plaintiffs (hereinafter "Trust Funds" or "Plaintiffs") are joint labor-management trust funds which provide health, pension and other benefits for employees.  Defendant, Premier Wall Constructors, Inc. (hereinafter "Employer" or "Defendant") is signatory to a collective bargaining agreement with Plasterers Local No. 66 and related Trust Agreements which govern the relationship between the parties and provide for, among other things, payment of benefit plan contributions to the Trust Funds, and remedies for non-payment .

3.      **Legal Issues:** To Plaintiffs' knowledge, there are no legal issues genuinely in dispute.

4.      **Motions:** If this matter does not settle and a Stipulation for Entry of Judgment is not filed within the next month, Plaintiffs will enter Defendant's default and file a motion for summary judgment.

5.      **Amendment of Pleadings:** At this time, Plaintiffs do not anticipate again amending the complaint.

6.      **Evidence Preservation:** Plaintiffs have been advised to preserve all evidence relevant to the issues reasonably evident in this action.

7.      **Disclosures:** Because the parties have agreed to a settlement, they have not served their initial disclosures, including a list of names, addresses and telephone numbers of individuals likely to have discoverable information that each may use to support their claims and a description of the documents, electronically stored information and tangible things that are in Plaintiffs' possession, custody or control and that each may use to support their claims.

8.      **Discovery:** Since this lawsuit is based upon reports submitted by the Defendant, Plaintiffs do not anticipate the need for any discovery.  However, Plaintiffs reserve the right to conduct additional discovery to resolve any issues related to the dispute.

9.      **Class Actions:** This is not a class action.

10.     **Related Cases:** The parties are unaware of any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11.     **Relief:** Plaintiffs seek payment of all unpaid fringe benefit contributions, liquidated damages, interest, attorneys' fees and costs.

12.     **Settlement and ADR:** The parties have agreed to settle this lawsuit.  Plaintiffs have sent Defendant a proposed Stipulation for Entry of Judgment which the Defendant and its counsel are now reviewing.

13.     **Consent to Magistrate Judge for All Purposes:** Plaintiffs have consented to a magistrate judge to conduct all further proceedings, including trial and entry of judgment.

14.     **Other References:** This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.     **Narrowing of Issues:**  The parties do not believe that the limited issues in this case can be narrowed further.

16.     **Expedited Schedule:**  This may be the type of case that can be handled on an expedited basis with streamlined procedures.

17.     **Scheduling:**  Because a settlement is pending, Plaintiffs request that the status conference be continued to a date on or after April 21, 2011 at the Court's convenience for further scheduling.  Plaintiffs hope to file the Stipulation for Entry of Judgment and Proposed Consent Judgment within the next few weeks.

18.     **Trial:**  If the case is not settled, it will probably be resolved by default judgment, thereby obviating the need for a trial.  If a trial is necessary, it would be a court trial and should not take more than one day.

19.     **Disclosure of Non-Party Interested Entities or Persons:**  Plaintiffs have filed the Certification of Interested Entities or Persons required by Civil Local Rule 3-16.  Counsel for Plaintiffs certify that as of this date, other than the named parties, there are no persons, firms, partnerships, corporations or other entities known by them to have either (1) a financial interest in the subject matter in controversy or in a party to the proceeding or (2) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20.     **Other Matters:**  Plaintiffs are unaware of other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

**McCARTHY, JOHNSON & MILLER**
**Law Corporation**

Dated:  March 9, 2011              By:   /s/ Lori A. Nord
                                         LORI A. NORD
                                         Attorneys for Plaintiffs

   **IT IS SO ORDERED** that the March 17, 2011 Case Management Conference is continued to _____May 12_____, 2011.  at 10:00 a.m.

Dated:  March _11_ 2011              By: _____
                                         MARIA-ELENA JAMES
                                         United States Magistrate Judge

1

## DECLARATION OF SERVICE BY MAIL

2     I am a citizen of the United States and a resident of the State of California.  I am over the

3 age of eighteen years and not a party to the within matter.  My business address is 595 Market

4 Street, Suite 2200, San Francisco, California  94105.

5     I am familiar with the practice of McCarthy, Johnson & Miller Law Corporation for

6 collection and processing of correspondence for mailing with the United States Postal Service.  It

7 is the practice that correspondence is deposited with the United States Postal Service the same day

8 it is submitted for mailing.

9     I served the following document by placing a true copy of each such document for collection

10 and mailing, in the course of ordinary business practice, with other correspondence of McCarthy,

11 Johnson & Miller Law Corporation, located at 595 Market Street, Suite 2200, San Francisco,

12 California  94105, on March 9, 2011, enclosed in a sealed envelope with postage fully prepaid,

13 addressed in the manner set forth immediately below this declaration.

14     Document served:

15     **Case Management Statement and Proposed Order**

16     I declare under penalty of perjury that the foregoing is true and correct.

17     Dated at San Francisco, California, on March 9, 2011.

18

19         By: _____/s/  Anna Lee_____

20                  Anna Lee

21 Premier Wall Constructors, Inc.
Attn:  Gary Paoli
22 2320 Pomona Road
Corona, CA  92880
23

24

25

26

27

28