# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| BOARD OF TRUSTEES | No. C 10-05530 MEJ |
| Plaintiff(s), | **ADMINISTRATIVE CLOSURE** |
| v. | |
| PREMIER WALL CONSTRUCTORS | |
| Defendant(s). | |

On March 18, 2011, Plaintiffs filed a settlement agreement and stipulation for entry of judgment. Dkt. No. 12. However, the stipulation calls for the entry of judgment only if Defendant defaults in making installment payments. Therefore, Plaintiffs requested that this case be administratively closed. As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary when the bankruptcy stay is lifted, any party may initiate it in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: March 22, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge